# Notice Recipients

| | |
|---|---|
| District/Off: 0208–7 | User: admin |
| Case: 24–22558–cgm | Form ID: 309I |

Date Created: 6/24/2024

Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Thomas Anselmi      9 Emil Lane       Garnerville, NY 10923
ust       United States Trustee        Office of the United States Trustee – NY       Alexander Hamilton Custom House       One Bowling Green, Room 534       New York, NY 10004–1408
tr        Thomas C. Frost        Chapter 13 Standing Trustee       399 Knollwood Rd       Suite 102       White Plains, NY 10603
aty       Robert S. Lewis        Robert S. Lewis, Esq.       53 Burd Street       Nyack, NY 10960
smg       N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201–0551
smg       New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg       United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
8478954   Bankamerica      4909 Savarese Cir       Tampa, FL 33634–2413
8478955   Capital One      15000 Capital One Dr       Richmond, VA 23238–1119
8478956   Dept of Education/Neln       3015 S Parker Rd       Aurora, CO 80014–2904
8478957   Rushmore Loan Management Services       15480 Laguna Canyon Road       Irvine, CA 92618
8478958   Selip & Stylianou, LLP       PO Box 9004       Woodbury, NY 11797–9004
8478959   Student Loan Corp       PO Box 30948       Salt Lake City, UT 84130–0948
8478960   U S Dept of Ed/Gsl/Atl       PO Box 4222       Iowa City, IA 52244–4222
8478961   U S Dept of Ed/Gsl/Atl       PO Box 4222       Iowa City, IA 52244–4222
8478962   Woods Oviatt Gilman LLP       500 Bausch & Lomb Place       Rochester, NY 14604

TOTAL: 16